UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

ROBERT SKIBA, *on behalf of himself, FLSA Collective Plaintiffs and the Class,*

        Plaintiff,

v.

43-43 KISSENA, LLC,
43KISSENA43, LLC,
JOHN M DOWNING,
JOHN M DOWNING, JR.,
KISSENA GARDENS CONDOMINIUM
BOARD OF MANAGERS, and
VINCENT LO, IN HIS REPRESENTATIVE
CAPACITY AS OFFICER OF THE BOARD
OF MANAGERS OF KISSENA GARDENS
CONDOMINIUM,

        Defendants.

Case No.: 24-cv-04916

**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

---

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff ROBERT SKIBA hereby accepts and provides notice that he has accepted Defendants' Offer of Judgment dated February 7, 2025, and annexed hereto as **Exhibit A**.

Dated: February 10, 2025

        Respectfully submitted,

By:

C.K. Lee, Esq. (CL 4086)
LEE LITIGATION GROUP, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel.: (212) 465-1188
Fax: (212) 465-1181
*Attorney for Plaintiff, FLSA Collective Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2025, I caused service of Plaintiff's Notice of Acceptance of Offer of Judgment to be served, via electronic mail, upon Defendants' counsel of record in this matter:

Bradley J. Bartolomeo, Esq.
LEWIS BRISBOIS BISGAARD & SMITH LLP
77 Water St
New York, NY 10005
212-232-1300
bradley.bartolomeo@lewisbrisbois.com
*Attorney for Defendants*

By: _____
    C.K. Lee, Esq.